IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

AMSOUTH BANK,

      Plaintiff,

v.                                          Case No. 05-0585-BH-B

PACE MORTGAGE AND INVESTMENT
 CO., INC.; UNITED STATES OF AMERICA;
DISCOVER BANK; AND LEON F.
STAMP, JR., AMERICAN GENERAL
FINANCE SERVICES

      Defendants.

## JUDGMENT

Pursuant to the Order entered this day granting the United States's motion for summary judgment, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of American General in the amount of $2,398.47, and in favor of the United States in the amount of $10,925.99 plus any interest that has accrued on the interpled funds.   No costs are to be taxed.

**DONE** this 30th day of January, 2006.

                                                s/ W. B. Hand
                                    SENIOR DISTRICT JUDGE